UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| UNITED STATES OF AMERICA, | NOTICE OF APPEARANCE |
| -against- | Criminal Docket No. CR-00-0213 |
| EUGENE SLUSKER, | (Korman, J.) |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

PLEASE TAKE NOTICE that the UNITED STATES OF AMERICA hereby appears in the above-captioned case by its undersigned attorney, and that the UNITED STATES OF AMERICA demands that copies of all papers in this action be served upon the undersigned at the postal and email address set forth below.

Dated:  Brooklyn, New York
        January 7, 2016

                                ROBERT L. CAPERS
                                United States Attorney
                                Eastern District of New York
                                271 Cadman Plaza East
                                Brooklyn, New York 11201

        By:             /s/
                                PETER A. LASERNA
                                Assistant U.S. Attorney
                                (718) 254-6152
                                peter.laserna@usa.doj.gov