UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------X

UNITED STATES OF AMERICA,        [PROPOSED] ORDER ON PETITION
                                           FOR REMISSION OF FINE

          -against-                              Criminal Docket
                                                     No. CR-00-0213

EUGENE SLUSKER,                         (Korman, J.)

          Defendant.

---------------------------------X

The court having considered the Petition for Remission of Fine filed by the United States of America, under the provisions of 18 U.S.C. Section 3573, in which the United States requests remission of the $1,000.00 fine imposed against the defendant Eugene Slusker, and the court having determined that the Petition should be granted, it is therefore

ORDERED that the unpaid fine imposed upon the defendant Eugene Slusker, shall be, and hereby is, remitted.

Dated: 1/8/1L

                                                    S/ Edward R. Korman
                                                    Honorable Edward R. Korman
                                                    United States District Judge